IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.:3:05-CV-324 |
| | | Judge Thomas M. Rose |
| Plaintiff, | : | |
| v. | : | |
| ONE 2002 FORD F-150 FLARESIDE | | **Order to Enter Warrant of** |
| VIN #1FTRW08672KB47602, with all | : | **Arrest in Rem Not Under Seal** |
| appurtenances and attachments | | |
| thereto | : | |
| Defendant. | : | |

Upon application of Plaintiff and for good cause shown, Plaintiff's Motion To Enter the

Warrant of Arrest In Rem Not Under Seal (Doc. #3) is GRANTED. The Warrant of Arrest in

Rem issued in the above captioned matter shall be entered in the Record and shall not be sealed.

**IT IS SO ORDERED.**

September 28, 2005                                         s/Thomas M. Rose

_____
JUDGE THOMAS M. ROSE