UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | | Case No. 3:05CV324 |
| | : | |
| vs. | | |
| | : | Judge Thomas M. Rose |
| One 2002 Ford F-150 Flareside VIN 1FTRW08672KB47602 With All Appurtenances and Attachments Thereto | : : | |
| Defendant. | : | |

### ORDER GRANTING UNITED STATES' MOTION TO STAY PROCEEDINGS

Both parties, having moved pursuant to 18 U.S.C. § 981(g) to stay the proceedings in this civil forfeiture action, on the grounds that civil discovery would adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case, and the Court having found that for the reasons contained in the Motion and Memorandum, that civil discovery would adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case,

IT IS HEREBY ORDERED THAT:

The United States' Motion is granted, and this case shall be stayed until further Order of this Court.

s/Thomas M. Rose

January 11, 2006

_____
THOMAS ROSE
United States District Court Judge

cc:
Pamela M. Stanek, AUSA
Patrick Flanagan, Attorney for Claimant Clyde Coleman